AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

Central District of California

STEVEN ERIC GOULD
*Petitioner*

v.

PEOPLE OF THE STATE OF CALIFORNIA
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. SACV19-1870-JGB (JC)
*(Supplied by Clerk of Court)*

Fee Due

Related DDJ

FILED 2019 SEP 30 PM 12: 29 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

LODGED CLERK, U.S. DISTRICT COURT JUL 15 2019 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: STEVEN ERIC GOULD
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Orange County Jail
   (b) Address: 550 N. Flower street
   (c) Your identification number: 3120892
3. Are you currently being held on orders by:
   ❒ Federal authorities ☒ State authorities ❒ Other - explain:
4. Are you currently:
   ❒ A pretrial detainee (waiting for trial on criminal charges)
   ❒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ❒ Being held on an immigration charge
   ☒ Other *(explain)*: Extradition proceedings

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ❒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other *(explain)*: In Personam jurisdiction, subject matter jurisdiction, Arrest, Extradition

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Superior Court of CA, county of Orange, Central Justice Center, Santa Ana, CA

(b) Docket number, case number, or opinion number: 19CF1847

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: In Personam jurisdiction, subject matter jurisdiction, Arrest, Extradition, Interstate Agreement of Detainer's Violation(s).

(d) Date of the decision or action: July 8th 2019: court and prosecuting attorney failed to object.

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes ☒ No This Habeas Corpus is the exclusive remedy.

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not appeal: On 10-20-2017 case number 17CF1590 was dismissed and court ordered release. Petitioner is a victim of double jeopardy and violations of the (I.A.D.).

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❐ Yes ❐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❐ Yes ❐ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ______

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❒ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ______

(b) Date of the removal or reinstatement order: ______

(c) Did you file an appeal with the Board of Immigration Appeals?

❒ Yes ❒ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
❒ Yes ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes ❒ No

If "Yes," provide:
(a) Kind of petition, motion, or application: Petition for Writ of Habeas Corpus.
(b) Name of the authority, agency, or court: U.S. District Court, Central District of CA.
(c) Date of filing: October 11th, 2018
(d) Docket number, case number, or opinion number: 8:18CV01821-JGB-JC
(e) Result: open
(f) Date of result: open
(g) Issues raised: In personam jurisdiction, subject matter jurisdiction, Arrest.

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The court did not have In Personam Jurisdiction and violated Petitioners U.S. Constitutional rights protected by the Fourth and/or Fifth Amendments.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner is a sovereign living man with sovereign immunity and is not a person subject to the courts jurisdiction. Petitioner made a special appearance to challenge the jurisdiction of the court. The court and prosecutor failed to object

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

↳ Habeas Corpus is the exclusive remedy.

**GROUND TWO:** The charging document and/or complaint failed to state a basis of subject matter jurisdiction in violation of the U.S. Constitution Fifth Amendment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Due process was violated as the charging document and/or complaint was submitted incomplete, without all required signatures, without a basis of jurisdiction selected. Additionally the charging document was not dated.

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes ☐ No

↳ Habeas Corpus is the exclusive remedy.

**GROUND THREE:** The Charging document and/or complaint filed on or around 7-3-2019 is duplicative to the charging document and or Complaint in case no. 17CF1590 which violates the double jeopardy clause of the U.S. Constitution Fifth Amendment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

on 10-20-2017 case number 17CF1590 was ordered court ordered release with charges dismissed. On around 7-3-2019 the prosecuting district attorney refiled the same charges violating the U.S. Constitution Fifth Amendment.

(b) Did you present Ground Three in all appeals that were available to you?

☒ Yes ☐ No

↳ Habeas Corpus is the exclusive remedy.

**GROUND FOUR:** Arrest violates the U.S. Constitution Fourth Amendment as arrest was made without probable cause supported by oath or affirmation and without a warrant.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner was arrested on June 22, 2017 in case number 17CF1590 in an arrest which was made without probable cause and without a warrant. Petitioner was again arrested on June 18, 2019 without being presented with a warrant. Petitioner is being held unlawfully in Orange County Jail in Sheriffs custody.

(b) Did you present Ground Four in all appeals that were available to you?

☒ Yes ☐ No

└ Habeas Corpus is the exclusive remedy.

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

GROUND FIVE:

**Request for Relief**

15. State exactly what you want the court to do: Issue a Writ of Habeas Corpus for STEVEN ERIC GOULD and all derivatives thereof, Appoint counsel and award reasonable attorneys fee's, Declare the rights of the parties and schedule an evidentiary hearing on the merits of the petition.

GROUND FIVE:

A violation of the Interstate Agreement of Detainers (I.A.D.) took place after a demand for custody was made.

(a) Supporting Facts:

Clark County prosecuting district attorney demanded custody pursuant to the Interstate Agreement of Detainers (I.A.D.) on November 26, 2018. Petitioner was not brought to trial within 180 days violating the Uniform Criminal Extradition Act Interstate Agreement of Detainers, (I.A.D) which presents a question of Federal Law as the I.A.D. is a congressionally santioned interstate compact.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

July 10th, 2019

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7·10·19

"ALL RIGHTS RESERVED"
Steven Eric [signature]
*Signature of Petitioner*

"ALL RIGHTS RESERVED"
Steven Eric [signature] sui Juris
*Signature of Attorney or other authorized person, if any*

UNITED STATES DISTRICT COURT
for the
Central District of California

STEVEN ERIC GOULD,
Petitioner
v.
PEOPLE OF THE STATE OF CALIFORNIA,
Respondent

Case NO.
(supplied by clerk)

APPLICATION TO PROCEED IN FORMA PAUPERIS WITH DECLARATION

I, STEVEN ERIC GOULD declare the following:

1) I do not have any funds and wish to proceed In Forma Pauperis as I currently have a balance of $0 on my account.

2) I have not had any funds for more than 12 months.

3) I request that the court will accept and process the Petition for writ of Habeas Corpus

4) Enclosed is a copy of my last account receipt showing a zero balance.

I declare the foregoing to be true and correct under penalty of perjury under our laws in the United States of America.

DATED: 7.10.2019

"ALL RIGHTS RESERVED"
Steven Eric Gould

# Commissary Order

# MJ C 12 DO 029

Order Date: **6/21/2019** Order Num: **9691584**

| | |
|---|---|
| Old Balance: | 0.00 |
| This Order: | 2.00 |
| New Balance: | 0.00 |

**GOULD, STEVEN ERIC / 3120892**

BY MY SIGNATURE, I ACKNOWLEDGE RECEIPT OF THE ITEMS LISTED BELOW

X________________________________________

| ITEM | QTY | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|
| 3330 | 1 | Welfare Pack, Regular | 1 | 2.00 | 2.00 |
| | 1 | | | FINAL TOTAL: | 2.00 |

INMATE COPY

Delivery Days: Tuesday, Thursday, Saturday Note: No Deliveries on Holidays

* 9 6 9 1 5 8 4 *

Order Date: 6/21/2019



STEVEN ERIC GOULD
3120892
C-16-5-3
550 N. Flower St.
Santa Ana CA 92703
ORANGE COUNTY JAIL
INMATE CORRESPONDENCE
CV
Clerk,
U.S. District Court
Central District of CA
255 East Temple Street,
Room 180 (Terrace Level)
Los Angeles, CA 90012-1565
"Legal Mail"
9001233334 C032
SANTA ANA CA 927
PM
JUL 4
FOREVER
USA
Barn Swallow
RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 15
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131