## Inmate In-Custody Status

| ID | Name | | | Age | Race | Sex |
|---|---|---|---|---|---|---|
| Case | Charge | | | | | Status |
| Related Case | Arrest Date | Detainer | | Cash Bail | | Surety Bail |
| Housing | Sched Department | Sched Action | | Sched Date | | Sched Time |
| 05734404 | GOULD, STEVEN E | | | 43 | White | Male |
| 16F16660X | POSS/RCV/TRANF STOLEN VEH > $3500 | | | | | Active |
| | 9/23/2019 | Y | | $11,000.00 | | $11,000.00 |
| NT7F | COMPETENCY COURT | STATUS CHECK | | 11/22/2019 | | 10:00 AM |
| 05734404 | GOULD, STEVEN E | | | 43 | White | Male |
| 16F16660X | POSS BURGLARY TOOLS | | | | | Active |
| | 9/23/2019 | Y | | $0.00 | | $0.00 |
| NT7F | COMPETENCY COURT | STATUS CHECK | | 11/22/2019 | | 10:00 AM |

Searched On
   Defendant's ID:
   Defendant's Case No: 16F16660X

**Records Found: 2**

Top

Another Search

Back to CCDC Home Page