| Inmate In-Custody Status |

| ID | Name | | Age | Race | Sex |
|---|---|---|---|---|---|
| Case | Charge | | | | Status |
| Related Case | Arrest Date | Detainer | Cash Bail | | Surety Bail |
| Housing | Sched Department | Sched Action | Sched Date | | Sched Time |

| ID | Name | | Age | Race | Sex |
|---|---|---|---|---|---|
| 05734404 | GOULD, STEVEN E | | 43 | White | Male |
| 17F00513X | GRAND LARCENY OF AUTO, < $3500 | | | | Active |
| | 9/23/2019 | Y | $11,000.00 | | $11,000.00 |
| NT7F | COMPETENCY COURT | STATUS CHECK | 11/22/2019 | | 10:00 AM |

| ID | Name | | Age | Race | Sex |
|---|---|---|---|---|---|
| 05734404 | GOULD, STEVEN E | | 43 | White | Male |
| 17F00513X | POSS/RCV/TRANF STOLEN VEH, < $3500 | | | | Active |
| | 9/23/2019 | Y | $0.00 | | $0.00 |
| NT7F | COMPETENCY COURT | STATUS CHECK | 11/22/2019 | | 10:00 AM |

Searched On
  Defendant's ID:
  Defendant's Case No: 17F00513X

Records Found: 2

Top

Another Search

Back to CCDC Home Page