Cases

Calendar

Vehicle

Agency Calendar

Home

FAQs

About

Case Number: **19CF1847**

OC Pay Number: -
Originating Court: Central
**Defendant:** Gould, Steven Eric
   Demographics...
   Identifiers...
   Names...
   Vehicles...
**Case Status:** Dismissed
   Details...

| | | | |
|---|---|---|---|
| Case Stage: - | Release Status: Remanded | Warrant: N | DMV Hold: N |
| Charging Document: Fugitive Complaint | Mandatory Appearance: N | Owner's Resp: N | Amendment #: 0 |
| DA Case Number: 19F03875 | DR Number: - | | |

Printable Version

Case Info | Hearing Info | Release Info | Sentencing | Register of Actions | Other Cases Report | Filing Documents

Filter Start Date: [-][-][   ]   Filter End Date: [-][-][   ]   Docket Code: [       ] [Filter]
[Clear]

**Register of Action**

| Date Action | Seq | Docket Code | Text |
|---|---|---|---|
| 07/08/2019 | 1 | FLDOC | Original Fugitive Complaint filed on 07/08/2019 by Orange County District Attorney. |
| | 2 | FITXT | Clark County State od Nevada Warrant filed. |
| | 3 | FIFCI2 | Booking Information Sheet filed. |
| | 4 | CLCST2 | Hearing re: Fugitive set on 07/08/2019 at 10:00 AM in Department C57. |
| | 6 | HHELD | Hearing held on 07/08/2019 at 10:00:00 AM in Department C57 for Hearing Fugitive. |
| | 7 | OFJUD | Judicial Officer: Kathleen Roberts, Judge |
| | 8 | OFJA | Clerk: E. Figueroa |
| | 9 | OFBAL | Bailiff: F. Gutierrez |
| | 10 | OFREP | Court Reporter: Melissa Watanabe |
| | 11 | APDDA | People represented by Mark J. Swensson, Deputy District Attorney, present. |
| | 12 | APDPP | Defendant present in Court in propria persona. |
| | 13 | APDPD | Court appoints Public Defender to represent Defendant. |
| | 14 | APDWPD | Defendant present in court with counsel Gagandeep Waraich, Public Defender. |
| | 15 | CLSET2 | Hearing re: Identification set on 07/16/2019 at 08:30 AM in Department C57. |
| | 16 | DFOTR | Defendant ordered to return. |
| | 17 | BLNOB | Court orders bail set at NO BAIL. |
| | 18 | DFREM | Defendant remanded to the custody of the Sheriff. |
| | 19 | NTJAL | Notice to Sheriff issued. |
| 07/16/2019 | 1 | HHELD | Hearing held on 07/16/2019 at 08:30:00 AM in Department C57 for Hearing Identification. |
| | 2 | OFJUD | Judicial Officer: Megan L Wagner, Judge |
| | 3 | OFJA | Clerk: A. Villa |

Feedback

Log Out

| | | | |
|---|---|---|---|
| | 4 | OFBAL | Bailiff: F. Gutierrez |
| | 5 | OFREP | Court Reporter: Melissa Watanabe |
| | 6 | APDDA | People represented by Jim Bacin, Deputy District Attorney, present. |
| | 7 | APDWPD | Defendant present in court with counsel Gagandeep Waraich, Public Defender. |
| | 8 | ADDRS | Defendant requests to be granted self-representation. |
| | 9 | ADVISE | Defendant advised of the following: |
| | 10 | ADRRS | - The right to self-representation. |
| | 11 | ADPPP | - The perils, pitfalls, dangers, and disadvantages of self-representation. |
| | 12 | TEXT | The Court reviewed the Faretta Waiver form orally with the defendant in open court. |
| | 13 | MOPPR | The defendant's motion for propria persona (pro per) status has been granted in the criminal case now pending before this court. |
| | 14 | FIDOC | Order Granting Propria Persona Privileges filed. |
| | 15 | APATR | Deputy Public Defender relieved as Counsel of Record. |
| | 16 | DFNSP | The person in court states that they are not the person named in the Fugitive Complaint. |
| | 17 | TRREC | At 11:30 AM, court declared a recess. |
| | 18 | TRALP2 | Again in open court at 01:54 PM. Defendant present in Propria Persona. People duly represented. |
| | 19 | STRHRG | Start of Exhibit List: for exhibit management purposes. |
| | 20 | TREXI | Defense Exhibit # A ( Document(s) )- Multi-page document entitled "Security Agreement Non-Negotiable--Non-Transferable" marked for identification. |
| | 21 | TREXI | Defense Exhibit # B ( Document(s) )- Copy of fingerprint card for "Gould, Steven Eric" dated 09/25/2017 marked for identification. |
| | 22 | TREXI | Defense Exhibit # C ( Document(s) )- Fingerprint card for "Gould, Steven Eric" dated 11/15/2018 marked for identification. |
| | 23 | TREXI | Defense Exhibit # D ( Document(s) )- Copy of results of 10-print submission for Agency Case No. D48297618207 marked for identification. |
| | 24 | TREXI | People's Exhibit # 1 ( Document(s) )- Multi-page, certified "Identification Packet" from the Las Vegas Metropolitan Police Department dated 07/09/2019 marked for identification. |
| | 25 | CORAC | Court read and considered all of the defendant's exhibits, as well as People's Exhibit No. 1. |
| | 26 | MOTBY | Oral motion by Defense for the Court to order that the defendant be "livescanned" |
| | 27 | MOTION | Motion denied. |
| | 28 | FDTXT | Court finds that the People have proved the defendant's identity. |
| | 29 | FDISP | The Court finds that Steven Eric Gould with identifying information of 01/17/1976 as a date of birth IS THE SAME PERSON named in the Complaint and orders that the charging document and case be amended with pertinent identifying information. |
| | 30 | CLSET2 | Hearing re: Fugitive set on 08/15/2019 at 08:30 AM in Department C57. |
| | 31 | DFOTR | Defendant ordered to return. |
| | 32 | TREXI | Defense Exhibit # E ( Document(s) )- Multi-page copy of "Detainer Inquiry to Local Law Enforcement" dated 02/27/2018 marked for identification. |
| | 33 | TREXI | Defense Exhibit # F ( Document(s) )- Multi-page copy of correspondence from the Clark County District Attorney's Office to "CTF Soledad" dated 11/26/2018 marked for identification. |
| | 34 | MOTBY | Oral motion by Defense for a copy of the minutes of today's hearing, as well as the Court Reporter's transcript |
| | 35 | TEXT | Request for preparation of transcripts is granted. Court orders preparation of transcripts and payment as follows: Court request transcripts to be paid by Court Agency 11A. |
| | 36 | TRREC | At 02:34 PM, court declared a recess. |
| | 37 | DFPPP | Defendant provided a Pro Per packet. |
| | 38 | CPGTO | Copies of the defendant's exhibits given to the defendant |
| | 39 | CPGTO | Copy of Minute Order given to the defendant |
| | 40 | BLNOB | Court orders bail to remain at NO BAIL. |
| | 41 | DFREM | Defendant remanded to the custody of the Sheriff. |
| | 42 | NTJAL | Notice to Sheriff issued. |
| | 43 | ENDHRG | End of Exhibit List: for exhibit management purposes. |
| 07/17/2019 | 1 | FIDOC | Exhibit List of People filed. |
| | 2 | FIDOC | Exhibit List of Defense filed. |

| Date | # | Code | Description |
|---|---|---|---|
| 07/26/2019 | 1 | TXRNF | Copy work request received, not filed. |
| | 2 | CPGTO | Copy of minutes mailed to defendant |
| 07/30/2019 | 1 | FITXT | Notice and Demand for Dismissal and Enforcement to Take Judicial Notice by Agent Presenting Defendant Debtor with Declaration and Authorities filed. |
| | 2 | TEXT | Above document forwarded to Department C57. |
| 07/31/2019 | 1 | TXRNF | Copy work request received, not filed. |
| | 2 | CPGTO | Copy of Notice and Deman for Dismissl mailed to Defendant |
| 08/15/2019 | 1 | HHELD | Hearing held on 08/15/2019 at 08:30:00 AM in Department C57 for Hearing Fugitive. |
| | 2 | OFJUD | Judicial Officer: Joseph Dane, Commissioner |
| | 3 | OFJA | Clerk: K. Porter |
| | 4 | OFBAL | Bailiff: J. Delgadillo |
| | 5 | OFREP | Court Reporter: Melissa Watanabe |
| | 6 | APDDA | People represented by Craig Cazares, Deputy District Attorney, present. |
| | 7 | APDPP | Defendant present in Court in propria persona. |
| | 8 | ADSCD | Pursuant to the California Code of Judicial Ethics, Canon 3, subsection E(2), Court Disclosure regarding the criminal case filed in the People of the State of California v. Isaac Jones, case number 19CF0869 given by Joseph Dane, Commissioner in court. |
| | 9 | FDTXT | Court finds person in Court is Steven Eric Gould |
| | 10 | CLCON2 | Hearing re: Fugitive continued to 10/09/2019 at 08:30 AM in Department C57 upon Court's own motion. |
| | 11 | DFOTR | Defendant ordered to appear. |
| | 12 | MOTBY | Motion by Defense to dismiss |
| | 13 | CORAC | Court read and considered Notice and Demand for Dismissal filed by Defendant. |
| | 14 | MOTION | Motion denied. |
| | 15 | CPGTO | Copy of Minute Order forwarded to Defendant |
| | 16 | BLNOB | Court orders bail to remain at NO BAIL. |
| | 17 | DFREM | Defendant remanded to the custody of the Sheriff. |
| | 18 | NTJAL | Notice to Sheriff issued. |
| 08/29/2019 | 1 | HHELD | Hearing held on 08/29/2019 at 09:00:00 AM in Department C57 for Hearing. |
| | 2 | OFJUD | Judicial Officer: Kathleen Roberts, Judge |
| | 3 | OFJA | Clerk: E. Figueroa |
| | 4 | OFBAL | Bailiff: F. Gutierrez |
| | 5 | APNCR | No Court Reporter present at proceedings. |
| | 6 | OFJDS | Judge Kathleen Roberts disqualifies self on this case. |
| | 8 | TEXT | Per Dept C5, case transferred to C55. |
| | 9 | CLRSN | Hearing reassigned for 08/29/2019 at 10:30 AM in Department C55, Judge Nancy E Zeltzer,.. |
| | 11 | HHELD | Hearing held on 08/29/2019 at 10:30:00 AM in Department C55 for Hearing. |
| | 12 | OFJUD | Judicial Officer: Nancy E Zeltzer, Judge |
| | 13 | OFJA | Clerk: K. Hubbard |
| | 14 | OFBAL | Bailiff: B. Franklin |
| | 15 | OFREP | Court Reporter: LaVette Henningham |
| | 16 | APDPP | Defendant present in Court in propria persona. |
| | 17 | APDDA | People represented by Patrick Spires, Deputy District Attorney, present. |
| | 18 | CLVAC2 | Hearing re: Fugitive vacated for 10/09/2019 at 08:30 AM in C57. |
| | 19 | CLSET2 | Hearing re: Fugitive set on 10/09/2019 at 08:30 AM in Department C55. |
| | 20 | DFOTR | Defendant ordered to appear. |
| | 21 | BLNOB | Court orders bail set at NO BAIL. |
| | 22 | DFREM | Defendant remanded to the custody of the Sheriff. |
| | 23 | NTJAL | Notice to Sheriff issued. |
| | 24 | OFMCD | Minutes entered by K. Hubbard on 08/29/2019. |
| 09/06/2019 | 1 | CLTXT | District Attorney Craig Cazares requested to advance hearing. |
| | 2 | CLCST2 | Hearing re: Fugitive set on 09/11/2019 at 08:30 AM in Department C55. |
| 09/11/2019 | 1 | HHELD | Hearing held on 09/11/2019 at 08:30:00 AM in Department C55 for Hearing Fugitive. |
| | 2 | OFJUD | Judicial Officer: Nancy E Zeltzer, Judge |
| | 3 | OFJA | Clerk: C. Elias |
| | 4 | OFBAL | Bailiff: B. Franklin |
| | 5 | OFREP | Court Reporter: LaVette Henningham |

| | | | |
|---|---|---|---|
| | 6 | APDDA | People represented by Craig Cazares, Deputy District Attorney, present. |
| | 7 | APDNC | Defendant not present in court. |
| | 8 | JLNBY | Defendant was not transported for today's hearing. |
| | 9 | TEXT | Per People, matter was placed on calendar so that defendant may be served with the Governor's Warrant and arraigned. However, defendant was not transported today. Court orders removal order. |
| | 10 | CLSET2 | Hearing re: Fugitive trailed to 09/12/2019 at 08:30 AM in Department C55. |
| | 11 | PRJLT | Defendant is ordered to appear on 9/12/19. |
| | 12 | BLNOB | Court orders bail to remain at NO BAIL. |
| | 13 | NTJAL | Notice to Sheriff issued. |
| 09/12/2019 | 1 | HHELD | Hearing held on 09/12/2019 at 08:30:00 AM in Department C55 for Hearing Fugitive. |
| | 2 | OFJUD | Judicial Officer: Nancy E Zeltzer, Judge |
| | 3 | OFJA | Clerk: K. Hubbard |
| | 4 | OFBAL | Bailiff: B. Franklin |
| | 5 | OFREP | Court Reporter: LaVette Henningham |
| | 6 | APDDA | People represented by Craig Cazares, Deputy District Attorney, present. |
| | 7 | APDNC | Defendant not present in court. |
| | 8 | JLNBY | Defendant was not transported for today's hearing. |
| | 9 | PRJLT | Defendant refused to be transported to court |
| | 10 | WAGVS | Governor's Warrant served in Department C55. |
| | 11 | CLTXT | Governor's Warrant was Served on Defendant at the Jail by a District Attorney Investigator |
| | 12 | FITXT | Copy of Governor's Warrant filed. |
| | 13 | FITXT | Proof of Personal Service of Governor's Warrant served on defendant this date filed. |
| | 14 | COGWR | The Court orders the defendant remanded to the State of Nevada pursuant to the Governor's Warrant. |
| | 15 | CDFUG | The Court orders the Fugitive Complaint dismissed. |
| | 16 | NTJAL | Notice to Sheriff issued. |
| | 17 | OFMCD | Minutes entered by K. Hubbard on 09/12/2019. |
| 09/25/2019 | 1 | CLCAN | HRG FUG set on 10/09/19 at 08:30 AM in C55 has been cancelled. |
| | 2 | FICOR | Correspondence from defendant filed. |
| | 3 | TEXT | No action taken on above correspondence. Fugitive Complaint dismissed on 09/12/19. |