JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC GOULD, | Case No. 8:19-cv-01870-JGB-JC |
| Petitioner, | |
| v. | JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and this action are dismissed.

IT IS SO ADJUDGED.

DATED: July 29, 2020

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE